UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NANYUAN SHIPPING CO. LIMITED,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　:　　　09 Civ.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　　　　　　　:　　　ECF CASE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
CHORUS SHIPPING CO. LTD.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　　　　　　　:
------------------------------------------------------------ X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: December 3, 2009

　　　　　　　　　　　　　　　　　　　　　The Plaintiff,
　　　　　　　　　　　　　　　　　　　　　NANYUAN SHIPPING CO. LIMITED

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Kevin J. Lennon
　　　　　　　　　　　　　　　　　　　　　　Coleen A. McEvoy
　　　　　　　　　　　　　　　　　　　　　　LENNON, MURPHY & LENNON, LLC
　　　　　　　　　　　　　　　　　　　　　　The Gray Bar Building
　　　　　　　　　　　　　　　　　　　　　　420 Lexington Ave., Suite 300
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10170
　　　　　　　　　　　　　　　　　　　　　　(212) 490-6050
　　　　　　　　　　　　　　　　　　　　　　facsimile (212) 490-6070
　　　　　　　　　　　　　　　　　　　　　　kjl@lenmur.com
　　　　　　　　　　　　　　　　　　　　　　cam@lenmur.com