

| | | |
|---|---|---|
| Lennon, Murphy & Lennon, LLC | The GrayBar Building | Tide Mill Landing |
| ATTORNEYS AT LAW | 420 Lexington Ave., Suite 300<br>New York, NY 10170<br>phone (212) 490-6050<br>fax (212) 490-6070<br>www.lenmur.com | 2425 Post Rd, Suite 302<br>Southport, CT 06890<br>phone (203) 256-8600<br>fax (203) 256-8615<br>mail@lenmur.com |

December 22, 2009

Hon. Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:*   *Nanyuan Shipping Co. Limited v. Chorus Shipping Co. Ltd.*
Civil Docket No.:   09-Civ.-5388(SLT)
Our ref.:   08-1481

Dear Judge Townes:

We represent the Plaintiff, Nanyuan Shipping Co. Limited, in the above referenced action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.

We write as a follow up to our letter application filed yesterday and hereby submit a proposed Order Compelling Garnishees for your Honor's review. We also attach the CASHIERS OFFICE REGISTRY DISBURSEMENT Notice from the Court Registry of the Southern District of New York showing that a check payable to DONG IK LEE was picked up on December 16, 2009. In addition, we request that your Honor take notice of Affidavits of Service filed today showing personal service was made on garnishees Rha & Kim LLP, DONG IK LEE and IES Logistics Corp. on December 17, 2009. Since that time, pursuant to the Ex Parte Order dated December 10, 2009, we have been continuing to serve garnishees electronically on a daily basis, and have received no response from garnishees.

We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen A. McEvoy

CAM/bhs
Enclosures

cc: Garnishees Via Email: jkim@rhakimlaw.com and Facsimile (718) 321-9799
  Garnishees Rha & Kim LLP, DONG IK LEE and IES Logistics Corp.,

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANYUAN SHIPPING CO. LIMITED,            :    09 CV 5388 (SLT)
                                         :
                  Plaintiff,             :    ECF CASE
                                         :
       - against -                       :    **ORDER**
                                         :    **COMPELLING**
CHORUS SHIPPING CO. LTD.,                :    **GARNISHEES**
                                         :
                  Defendant.             :
------------------------------------------------------------------X
```

**WHEREAS,** on December 9, 2009, Plaintiff, NANYUAN SHIPPING CO. LIMITED filed a Verified Complaint, herein for damages amounting to **$1,555,349.89** inclusive of interest, costs and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

**WHEREAS,** the Court has ordered, by Ex Parte Order for Process of Maritime Attachment dated December 10, 2009, that pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of **$1,555,349.89** belonging to, in which there is a property interest, due or being transferred to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s) or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of garnishees on whom a copy of the Process of

Maritime Attachment and Garnishment may be served; and

**WHEREAS,** the Clerk of the Court has issued, Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of **$1,555,349.89** belonging to, in which there is a property interest, due or being transferred to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s) or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of garnishees, defendant's attorneys, RHA & KIM LLP, 10-45 Utopia Parkway, Flushing, New York 11358, and/or DONG IK LEE and/or IES Logistics Corp. and/or banking/financial institutions and/or other institutions and/or such other garnishees to be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served, commanding that the United States Marshal, or other designated process server, attach any and all of the Defendant's property within the District of this Court; and

**WHEREAS,** a check was made payable to garnishee DONG IK LEE from the Court Registry of the Southern District of New York, for $233,714.49, by Check No. 00884120 dated December 15, 2009, which check was picked up by garnishee DUJEONG KIM of Rha & Kim LLP on December 16, 2009; and

**WHEREAS,** garnishees RHA & KIM LLP, DONG IK LEE and IES LOGISTICS CORP. were served with a copy of the Process of Maritime Attachment and Garnishment on December 17, 2009; and

**WHEREAS,** pursuant to the Ex Parte Order dated December 10, 2009, following initial

service by other designated process server, upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as the Ex Parte Order dated December 10, 2009, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee daily, and

**WHEREAS,** pursuant to the Ex Parte Order dated December 10, 2009, service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service; and such service is further deemed to be effective through the end of the next business day, provided that another service is made that day;

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED** that garnishees RHA & KIM LLP, DONG IK LEE and IES LOGISTICS CORP. confirm or deny that property of the Defendant has been attached; and it is further

**ORDERED** that garnishees RHA & KIM LLP, DONG IK LEE and IES LOGISTICS CORP. disclose the location of Check No. 00884120 dated December 15, 2009, for $233,714.49 issued by the Court Registry of the Southern District of New York from the time it was issued, heretofore; and it is further

**ORDERED** that garnishees DONG IK LEE and IES LOGISTICS CORP. disclose their relationship(s) to Defendant CHORUS SHIPPING CO. LTD.

Dated: December ___, 2009

                                              **SO ORDERED:**

                                              _____

                                              **Sandra L. Townes, U. S. D. J.**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/17/2009 at 11:35 AM EST and filed on 12/17/2009
**Case Name:**         Nanyuan Shipping Co. Limited v. Chorus Shipping Co. Ltd.
**Case Number:**       1:08-cv-5551
**Filer:**
**WARNING: CASE CLOSED on 10/20/2009**
**Document Number:** No document attached

**Docket Text:**
**CASHIERS OFFICE REGISTRY DISBURSEMENT as per [29] Order, dated 12/11/2009, from Judge Judge Richard M. Berman, on 12/15/2009 disbursed to pay DONG IK LEE $233,714.49 Check No. 00884120 dated 12/15/2009 PICKED UP BY DUJEONG KIM 12/16/2009 (jd)**


**1:08-cv-5551 Notice has been electronically mailed to:**

Kevin John Lennon    kjl@lenmur.com

Dujeong Kim    rhakim.jk@gmail.com

Coleen Ann McEvoy    cam@lenmur.com

**1:08-cv-5551 Notice has been delivered by other means to:**