UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NANYUAN SHIPPING CO. LIMITED,  :  09 CV 5388 (SLT)
                               :
            Plaintiff,         :  ECF CASE
                               :
   - against -                 :
                               :
CHORUS SHIPPING CO. LTD.,      :
                               :
            Defendant.         :
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of New York   )
                    )  ss: City of New York
County of New York  )

ERIC HAHN, having been duly sworn, deposes and states the following under oath:

1. I am a citizen of the United States, over the age of eighteen and not a party to this action. I am an employee of the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein and was authorized to perform said service.

2.. Service of the Complaint, Ex-Parte Order, and Process of Maritime Attachment in the instant action, was made on the Garnishees Dong Ik Lee and IES Logistics Corp. at 145-11 155th St., Jamaica, N.Y. on Thursday, December 17, 2009 at approximately 3:30 P.M. by personally delivering copies to the person/authorized agent of the entities served, Lee Dong Ik, who represented to me that he was authorized to accept service on behalf of IES Logistics Corp. and is described as follows:

Age: 50's   Sex: M   Height: 5'9"   Weight: 150lbs   Hair: Gray   Glasses: No

I declare under penalty of perjury that the information contained herein is true and accurate.

Dated: New York, N.Y.
      December 21, 2009

_____
Eric Hahn

Sworn to and subscribed before me this
21st day of December, 2009.

_____
Notary Public

ROBIN M. FORMAN
Notary Public State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013